**No. 54824.**—Coro, Inc., et al. *v.* United States, protests 130655-K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.